**RECORD IMPOUNDED**

**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2718-16T1

KENNETH MILLER,

      Plaintiff-Respondent,

      v.

SUSAN MARGOLIS MILLER,

      Defendant-Appellant.

_____

> Submitted September 13, 2018 – Decided September 20, 2018
>
> Before Judges Fisher, Hoffman and Firko.
>
> On appeal from Superior Court of New Jersey, Chancery Division, Family Part, Somerset County, Docket No. FM-18-1143-12.
>
> Budd Larner, PC, attorneys for appellant (Barry L. Baime, Patricia Tuckman, and Jessie M. Mills, on the brief).
>
> Norris, McLaughlin & Marcus, PA, attorneys for respondent (Rita M. Aquilio, Jeralyn L. Lawrence, and Daniel A. Burton, on the brief).

PER CURIAM

Prior to argument, the parties advised the matter had been amicably adjusted, and they have stipulated to this appeal's dismissal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-2718-16T1